UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW KEMPA,

        Plaintiffs

vs.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, a foreign insurance corporation

        Defendants,

and

UNITED SERVICES AUTOMOBILE ASSOCIATION,
Cross-Plaintiff,

vs.

MATTHEW KEMPA,
ESSENTIAL SPINE INTERVENTIONS, PLLC,
ALLIANCE ANESTHESIA, CHESTERFIELD FAMILY
CHIROPRACTIC, DR. TODD KLEINSTEIN DC,
CREDIT SERVICE INC., GENERAL RADIOLOGY
ASSOCIATES, INSIGHT ANESTHESIA,
JAWAD A. SHAH, MD, VETERANS ADMINISTRATION
HOSPITAL, DEPARTMENT OF VETERANS AFFAIRS,
ESSENTIAL OPEN INTERVENTIONS,
PARKWOOD OPEN IMAGING, HEALTHQUEST
PHYSICAL THERAPY, MCLAREN MACOMB,
SOUTHEAST MICHIGAN SURGICAL HOSPITAL,
MILFORD MEDICAL SUPPLIES,
GREAT LAKES PHARMACY, REGIONAL TRAUMA
CARE PC, and MACOMB EMERGENCY PHYSICANS,

        Cross-Defendants.

Case No. 2:22-cv-12614
Hon. Matthew F. Leitman

## ORDER GRANTING REFUND OF $49.00 MISCELLANEOUS FILING FEE ASSESSED ON PLAINITFF/CROSS-DEFENDANT <u>MATTHEW KEMPA</u>

This Matter, having come before this Honorable Court on Plaintiff/Cross-Defendant Matthew Kempa's request for refund of $49.00 miscellaneous filing fee that was assessed on November 10, 2022, when Plaintiff/Cross-Defendant Kempa filed the document, Lower Court First Amended Complaint and Miscellaneous Case initiating Document Other, Document Event #7; and in finding good cause shown that the request should be granted,

**IT IS HEREBY ORDERED** that the $49.00 miscellaneous filing fee assessed on Plaintiff/Cross-Defendant Matthew Kempa shall be refunded to Michigan Auto Law PC, 30101 Northwestern Highway, Farmington Hills, MI 48834.

_____
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2022